# AFFIDAVIT OF PROCESS SERVER

### In The United States District Court for the District of Columbia

**AMERICANS FOR PROSPERITY FOUNDATION**

       Plaintiff(s),

VS.

**U.S. DEPARTMENT OF VETERANS AFFAIRS**

       Defendant(s).

Attorney: Ryan P. Mulvey

Americans for Prosperity Foundation
1310 North Courthouse Rd., #700
Arlington VA 22201

**\*267757\***

**Case Number: 1:21-cv-01954-RC**

Legal documents received by Same Day Process Service, Inc. on **07/21/2021** at **10:22 AM** to be served upon **CIVIL PROCESS CLERK - U.S. ATTORNEY'S OFFICE**, at **501 THIRD STREET N. W. FOURTH FLOOR, Washington, DC, 20001**

I, **Brooke Arledge**, swear and affirm that on **July 22, 2021** at **3:56 PM**, I did the following:

Served **CIVIL PROCESS CLERK - U.S. ATTORNEY'S OFFICE, a government agency** by delivering a conformed copy of this **SUMMONS IN A CIVIL ACTION (ISSUED ON 07/20/21); CIVIL COVER SHEET; COMPLAINT; EXHIBITS** to Milton Pettus as **Legal Admin. & Authorized Agent** at **501 THIRD STREET N. W. FOURTH FLOOR** , Washington, DC 20001 of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 50 Height: 5ft9in-6ft0in Weight: Over 200 lbs Skin Color: African-American Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brooke Arledge**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:267757

District of Columbia: SS
Subscribed and Sworn to before me
this _____ day of _____

Brandon Snesko, Notary Public, D.C.
My commission expires August 14, 2021