IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF VETERANS AFFAIRS, <br><br> *Defendant*. | Civil Action No. 21-1954 (RC) |

### DECLARATION OF KEVIN M. SCHMIDT

I, Kevin Schmidt, pursuant to 28 U.S.C. § 1746, do hereby declare:

1. I am Director of Investigations at Americans for Prosperity Foundation ("AFPF"). My responsibilities include, among other things, working on matters involving the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I also oversee AFPF's investigative research of the matters underlying its FOIA requests, including its publication of research in the form of investigative reports, articles, and blog posts.

2. I submit this declaration in support of AFPF's motion for a modification to the Court's production order. The statements contained herein are based upon knowledge that I have acquired in the performance of my official duties, information provided to me in my official capacity by other AFPF personnel, and my first-hand experience reviewing and analyzing relevant records maintained by AFPF during the ordinary course of its business.

3. To the extent I have provided links to published sources to substantiate any of my assertions, these sources are admissible and self-authenticating, and the Court may take judicial notice. *See generally* Fed. R. Evid. 201; Fed. R. Evid. 902. I respectfully refer the Court to the cited sources for a complete and accurate statement of their contents.

**The VA's Wait Time Scandals**

4.     The VA has been plagued for years by scandals over misreporting of "wait times" at its facilities.  In 2014, for example, sources revealed the VA health care system in Phoenix, Arizona kept "secret wait lists" to obscure non-compliance with the VA's then-fourteen-day target wait time.  Dennis Wagner, *Phoenix VA officials knew of false data for 2 years*, Ariz. Cent., June 21, 2014, https://www.azcentral.com/story/news/arizona/investigations/2014/06/22/phoenix-va-officials-false-data/11232447/.

5.     Congress responded to the scandal, in part, by passing the VA MISSION ACT, which established the Veterans Community Care Program (VCCP).  The VCCP requires timely scheduling of appointments and referral to private care whenever the VA cannot provide prompt service.  *See generally* VA MISSION Act of 2018, Pub. L. No. 115-182, 132 Stat. 1393.

6.     The implementing regulations of the VA MISSION ACT define the access standards for when a veteran is eligible for the VCCP.  A veteran is eligible for the VCCP when the VA is unable to schedule a primary care, mental health, or non-institutional extended care appointment within twenty days, or twenty-eight days for specialty care.  *See* 84 Fed. Reg. 26278 (June 5, 2019); *see also* 38 C.F.R. § 17.4040.  Wait times must be calculated from the "date of request" for an appointment.

**Recent Evidence Suggests the VA is Violating Access Standards**

7.     AFPF's analysis of wait-time data raises serious concerns that the VA may be violating the spirit and the letter of the VA MISSION ACT and its implementing regulations.  As AFPF explained in publicly available research published last year, the "VA continues to use what is called 'patient indicated date' instead of a veteran's 'date of request' for an appointment to calculate wait times.  In practice, the PID is set by a scheduler, whereas the 'date of request' is set

by the veteran.  This difference in calculating wait times not only creates data inaccuracies, but distorts eligibility for referral to community care and forces veterans to continue to wait in line at the VA." *Records confirm VA's use of inaccurate wait time numbers*, Ams. for Prosperity Found., Oct. 1, 2021, https://americansforprosperity.org/records-confirm-va-inaccurate-wait-time-numbers/.

8.     As AFPF's further research shows, training and guidance documents for the VCCP "confirm that the VA is issuing guidance that disregards access standards and unlawfully adds layers to eligibility determinations not found in statute or regulation." *More evidence the VA is improperly delaying or denying community care to eligible veterans*, Ams. for Prosperity Found., Jan. 28, 2022, https://americansforprosperity.org/va-denying-delaying-care/.

9.     Earlier this year, the VA Inspector General published a report that discredits the public narrative seemingly advanced by the VA on the question of "wait times" and the VCCP access standards.  Specifically, the VA Inspector General highlighted the confusing and misleading methodologies and data employed by the VA in its calculation of patient wait times and how that inaccurate data was used in a peer-reviewed journal article authored by VA employees.  *See* Dep't of Veterans Affairs Office of Inspector Gen., Concerns with Consistency and Transparency in the Calculation and Disclosure of Patient Wait Time Data (Apr. 2022), *available at* https://www.va.gov/oig/pubs/VAOIG-21-02761-125.pdf.  I addressed these matters in an opinion article that directed readers both to AFPF's research and other publicly available information.  *See* Kevin Schmidt, *8 years after scandal, VA is still untruthful about wait times for veteran care*, Ariz. Cent., Apr. 26, 2022, https://www.azcentral.com/story/opinion/op-ed/2022/04/26/va-still-fudging-wait-times-veteran-care-years-after-scandal/7415443001.

10. VA Secretary McDonough acknowledged the VA is using inconsistent wait-time data and said the VA is "working really hard on it because I am frustrated with it myself." Leo Shane III, *VA secretary promises improvements in medical wait time data*, Military Times, Apr. 8, 2022, https://www.militarytimes.com/veterans/2022/04/08/va-secretary-promises-improvements-in-medical-wait-time-data.

### Effect of Wait Times on Veterans

11. Delayed access to care can have serious consequences for veterans. As one veteran has explained: "My wait time to get an initial primary care appointment with my local VA in the Dallas area was seven weeks. The wait time for a specialty appointment for my shoulder was eight months. By the time I was finally seen by a specialist, I was told I'd have to have another surgery as my shoulder hadn't healed correctly the first time. Had I been able to see a doctor when I first needed one, that second surgery probably wouldn't have been necessary." Ben Rangel, *The VA failed me, so I'm making sure other veterans have the options I didn't*, Am. Military News, Jan. 28, 2022, https://americanmilitarynews.com/2022/01/the-va-failed-me-so-im-making-sure-other-veterans-have-the-options-i-didnt/.

12. One Atlanta-area veteran died in 2021 after never receiving follow-up testing or care for his colon cancer diagnosis after seven months. *See* Justin Gray, *Former VA official calls lack of treatment, screening for cancer patient 'a complete failure'*, WSB-TV, Nov. 8, 2021, https://www.wsbtv.com/news/local/atlanta/former-va-official-calls-lack-treatment-screening-cancer-patient-complete-failure/Q3WTSQB3JZFHJEA2OZWREELNSU/.

### Stonewalling Congress

13. The VA continues to frustrate efforts at oversight by flouting congressional oversight hearings, letters, or by demanding congressional requesters submit a FOIA request.

14. In October 2020, the VA declined to participate in a hearing about the implementation of the VA MISSION ACT. *See* Steve Beynon, *VA officials refuse to participate in Senate hearing on landmark veterans health care law*, Stars & Stripes, Oct. 21, 2020, https://www.stripes.com/veterans/va-officials-refuse-to-participate-in-senate-hearing-on-landmark-veterans-health-care-law-1.649399.

15. The VA blocked Senator Bill Cassidy's efforts to learn more about how veterans qualify for care outside the VA system. The VA told his office it would not release the information without submission of a Freedom of Information Act request. Peter Kasperowicz, *Democrats refuse to examine 'unacceptable' veteran health care delays*, Fox News, Nov. 16, 2022, https://www.foxnews.com/politics/democrats-refuse-to-examine-unacceptable-veteran-health-care-delays.

### The VA's Politicized Response to AFPF's FOIA Request

16. The VA has admitted that AFPF's FOIA requests were subject to politicized review before the filing of the instant suit. *See* Compl. Ex. 9, ECF No. 01-09; *see generally* Compl. ¶¶ 18–24. Moreover, after AFPF filed this suit, defendant put the requests in special review for litigation according to the VA's "Substantial Interest Notification Process," dated September 2020. *See* Answer ¶ 22, ECF No. 10; *see also* Dep't of Veterans Affairs, Update to Freedom of Information Act Substantial Interest Notification Process (Sept. 2020), *available at* https://www.va.gov/FOIA/docs/Updated_Documents/FOIA_Offices/V03208266_Memo_SI_Notification_Process.pdf.

17. In my experience, "sensitive review," "substantial interest" review, "awareness review," and other types of review that involve non-FOIA components or political appointees within an agency can significantly delay the processing of a request. This can include

inappropriate intervention to block or delay the disclosure of records, or to influence the review of potential responsive material.

18.  Lawmakers and watchdog groups have been raising the alarm about the politicization of FOIA at the VA for more than four years. *See* Ryan P. Mulvey, *Investigation Update: VA releases 2014 memo on "sensitive review," but fails to conduct an adequate search for more recent FOIA guidance*, Cause of Action Inst., Dec. 12, 2018, https://causeofaction.org/investigation-update-va-releases-2014-memo-on-sensitive-review-but-fails-to-conduct-an-adequate-search-for-more-recent-foia-guidance/.

19.  In August 2018, a group of eight Democratic Senators, wrote to the VA and the VA Inspector General to express alarm over the possible politicization of the agency's FOIA processes. Specifically, they were concerned about the involvement of political appointees and how they were allegedly refusing to turn over responsive e-mail records. *See* Press Release, The Hon. Jon Tester, Tester Doubles Down on Fight to Protect Veterans from Political Agendas at VA, July, 25, 2018, https://www.tester.senate.gov/newsroom/press-releases/pr-6312/.

20.  There has been extensive media coverage related to this case and AFPF's investigative findings. The agency, for its part, has responded by implying that an unnamed requester—or groups of requesters—has "selectively used" records obtained via FOIA "to support the false assertion [that the agency] is not following the MISSION Act." Steven Lieberman, *Veterans Health Administration increases care provided under MISSION Act*, The Hill, Nov. 22, 2021, https://thehill.com/opinion/healthcare/582583-veterans-health-administration-increases-care-provided-under-mission-act. The opinion editorial does not identify a requester by name, but given the facts discussed by the author and the timing of publication—namely, the Monday after

the VA provided AFPF with the first litigation production the previous Friday—it is reasonable to conclude the piece was directed at AFPF.

* * *

I declare under penalty of perjury that the foregoing is true and correct.

*Kevin Schmidt*

_____
Kevin Schmidt
Executed this 16th day of December 2022