# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR PROSPERITY FOUNDATION,

    *Plaintiff*,

v.

U.S. DEPARTMENT OF VETERANS AFFAIRS,

    *Defendant*.

Civil Action No. 21-1954 (RC)

## TEXT OF [PROPOSED] ORDER

Upon consideration of Plaintiff's motion for modification of the Court's production order, and the entire record herein, it is hereby ORDERED that Plaintiff's motion is GRANTED.

It is FURTHER ORDERED that Defendant shall process at least 750 pages of non-duplicative responsive agency records every month.

SO ORDERED.

Dated: _____

                                                                                The Honorable Rudolph Contreras
                                                                                United States District Judge